The father's application for a rehearing is concerned solely with a contention that was neither raised nor argued on the original submission of this appeal; namely, that the father was forced to incriminate himself as to a crime. "When an appellate court has rendered an opinion and an application for a rehearing has been filed, new issues which were not argued upon the original submission of the appeal generally will not be considered. Stoner v. Alabama Farm Bureau Insurance Co.,467 So.2d 251 (Ala. 1985)." Holsonback v. Holsonback,518 So.2d 146, 148 (Ala.Civ.App. 1987).
The father's application for a rehearing is overruled.
The foregoing opinion was prepared by Retired Circuit Judge EDWARD N. SCRUGGS while serving on active duty status as a judge of this court under the provisions of section12-18-10(e), Code 1975, and this opinion is hereby adopted as that of the court.
OPINION EXTENDED.
APPLICATION FOR REHEARING OVERRULED.
All the Judges concur.